■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX HINES, Appellant. [670 NYS2d 351] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered February 14, 1996, convicting him of criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contention is without merit. Copertino, J. P., Santucci, Krausman and Florio, JJ., concur.